JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHTAB NAJI,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ALEJANDRO MAYORKAS,<br><br>　　　　Defendants. | No. 8:23-cv-733-HDV-ADS<br><br>[PROPOSED] **ORDER GRANTING JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE**<br><br>Honorable Hernán D. Vera<br>United States District Judge |

1  Pursuant to stipulation, and for good cause shown, IT IS ORDERED that the Court dismiss the above-captioned action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each side to bear its own costs, fees, and expenses.

DATED: 5/15/24

HONORABLE HERNÁN D. VERA
UNITED STATES DISTRICT JUDGE